AUSA: Philip A. Ross  Telephone: (313) 226-9790

Task Force Officer: Antonnio Proulx  Telephone: (313) 647-2652  

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

Phillip Cooper

Case: 2:13-mj-30656
Judge: Unassigned,
Filed: 10-16-2013 At 11:38 AM
IN RE: SEALED MATTER (FMM)

Defendant(s).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of <u>December 12, 2012</u>, in the county of <u>Oakland</u> in the <u>Eastern</u> District of <u>Michigan</u>, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841/846 | Conspiracy to Distribute Controlled Substances |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Antonnio Proulx
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date: October 16, 2013

City and state: Detroit, Michigan

Honorable David R. Grand
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Your affiant, Task Force Officer Antonnio Proulx, being duly sworn, deposes and states the following:

1. Your affiant is a law enforcement officer for the Ferndale Police Department and has been employed as a law enforcement officer for approximately 12 years. Your affiant is currently assigned to the Drug Enforcement Administration Detroit Field Division Group 9 as a Task Force Officer and has been so assigned for approximately 3 years. Your affiant is a law enforcement officer empowered to conduct investigations and make arrests for Violations of Title 21, United States Code.

2. As described below, your affiant asserts that there is probable cause that Phillip Alan COOPER engaged in a conspiracy with Kevin Walter STROLGER and others to distribute controlled substances in violation of 21 U.S.C. § § 841(a)(1) and 846. This affidavit is based upon information known to me through my participation in this investigation, and information conveyed to me by other law enforcement officers involved in the investigation. This affidavit is submitted in support of a finding of probable

cause and, therefore, does not contain all the facts involving this investigation.

## I. Seizure of Marijuana by the Ferndale Police Department on December 12, 2012

3. During the month of October 2012, police officers of the Ferndale, Michigan, Police Department received a report of drug trafficking by a citizen who believed narcotic trafficking was taking place at a residence in Ferndale, Michigan (FERNDALE residence)[1]. According to report, approximately two or three times a month a Fed Ex truck would drop off a package on the porch of the FERNDALE residence. Sometimes the package would remain on the porch and other times the package would go into the residence and come back out of the residence. According to the report, after each delivery of the package by Fed Ex, a vehicle would pull up, grab the package and depart in that vehicle.

4. On December 12, 2012, the Ferndale Police Department received a report that Fed Ex had dropped off another package at the Ferndale, residence and the package was taken into the house. Approximately a half hour later, a black Chevrolet Impala pulled up to the residence, picked up the package

---

[1] The actual address of the Ferndale residence has been redacted in accordance with Federal Rule of Criminal Procedure 49.1.

2

and departed towards Woodward Ave. According to the report, the black Chevrolet Impala was the same vehicle that picked up a Fed Ex package approximately two weeks prior from the Ferndale residence.

5. On December 12, 2012, at approximately 10:30 AM, Ferndale Police Officers traffic stopped the black 2003 Chevrolet Impala, Michigan license plate: CKP8674, registered to Kevin Walter STROLGER, address: Southfield, Michigan, shortly after it departed from the Ferndale residence with the Fed Ex package. The Ferndale Police officer observed STROLGER in the driver's seat, COOPER in the passenger's seat and the Fed Ex package in the backseat of the vehicle. The officer could smell the odor of marijuana emanating from the interior of the vehicle. STROLGER was the driver of the vehicle and gave the Ferndale Police Officer his driver's license along with military identification. COOPER told the Ferndale Officer that he was just "picking up a box of clothing" for his aunt from the FERNDALE residence.

6. The Ferndale Officer requested a canine officer to make the scene to assist with the investigation. Hazel Park Police Canine Officer Strick subsequently arrived at the scene. As STROLGER was asked to exit the vehicle for the canine sniff, he (STROLGER) gave the Ferndale Officer a

3

black shaped ashtray and told the officer that was where the smell of marijuana was coming from. Officer Strick's canine "Kevlar" indicated on the Fed Ex package for presence of narcotics. The Fed Ex package had the recipient of "Walter Harris" listed on the shipping information attached to the package. The Ferndale Officer asked COOPER who Walter Harris was and COOPER stated that Walter Harris was a "friend" of his (COOPER).

7. STOLGER was arrested for possession of marijuana that was located in the black shaped ashtray and COOPER was arrested for an outstanding warrant out of Highland Park, Michigan.

8. A Ferndale Police Detective completed an affidavit for a State of Michigan search warrant to search the contents of the Fed Ex package bearing tracking number 801532684886. On December 12, 2012, 43rd District Court Magistrate James Brennan reviewed the affidavit and authorized the search warrant to open the Fed Ex package. During a search of the Fed Ex package, FedEx tracking number 801532684886, officers located approximately 15 pounds of suspected marijuana.

4

## II. Fed Ex information from packages delivered to the Ferndale residence.

9. During the execution of search warrants in Detroit, Michigan, the DEA discovered that there were seven separate packages total (including the package of marijuana seized by Ferndale Police Department) delivered to the Ferndale residence between May 1, 2012 and December 11, 2012. All of the packages were shipped in the similar/ fraudulent manner from the area of Ontario, CA to Ferndale residence via Fed Ex.

10. The DEA obtained information that several packages were delivered to the Ferndale residence using stolen Fed Ex account numbers and fake addresses One package sent on November 12, 2012, was shipped under the business name "Custom Fit Bowling Supply" (address: XXXXX, Upland, CA) and used FedEx business account number 21643XXXX. The FedEx business account number 21643XXXX does not belong to "Custom Fit Bowling Supply" and is the business account number that belongs to GE Medical/ UPS Logistics (address: XX5, Carol Stream, IL). The sender shipped the package to a "Walter Harris" at the Ferndale residence. The package was delivered to the Ferndale residence, on December 12, 2012.

### III. Statements of a *Source of Information* on October 10, 2013

11. On October 10, 2013, investigators of DEA Group 9 received information from a Source of Information (SOI). The SOI stated that he/she knew Phillip COOPER and that he (COOPER) lived in Highland Park, MI. The SOI knew that COOPER had received narcotic packages (COOPER) via Fed Ex to a residence in the suburban area of Detroit and the address of that residence was the Ferndale residence, MI. According to the SOI, COOPER had multiple narcotic packages delivered to the Ferndale residence successfully. The SOI stated that he/she never met the resident that was accepting the packages at the Ferndale residence but the SOI knew that the resident was an associate of COOPER. COOPER would go to Ferndale residence to pick up each narcotic package once it was delivered to the residence. COOPER always obtained the narcotic package from the resident at Ferndale residence. COOPER was paid with marijuana for arranging the suburban residence for each delivery. COOPER was paid one ounce of marijuana for each of the successful narcotic package deliveries that were received at Ferndale residence. Information provided by the SOI was independently corroborated by investigators from Fed Ex records, other law enforcement databases and is deemed reliable.

6

12. Based on the foregoing, your affiant asserts there is probable cause to believe that Phillip Cooper engaged in conspiracy to distribute controlled substances in violation of 21 U.S.C. §§ 841 and 846.

I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge and belief.

_____
TFO Antonnio Proulx
Drug Enforcement Administration


Sworn to and subscribed before me this
16th day of October, 2013

_____
Honorable David R. Grand
United States Magistrate Judge